# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

ULISES ORTIZ-CONSTANTINO

CRIMINAL COMPLAINT

CASE NUMBER: 3:07mj29-WC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 14, 2007__, in __Lee__ County within the __Middle__ District of __Alabama__ defendant did,

**being an alien, knowingly re-enter the United States after having been deported, without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States,**

in violation of Title __8__ United States Code, Section(s) __1326(a)__, I further state that I am an __Immigration & Customs Enforcement Special Agent__ and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

March 15, 2007              at    Montgomery, Alabama

Date                                      City and State

WALLACE CAPEL, JR., U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer     Signature of Judicial Officer

# AFFIDAVIT

I, Blake Diamond do solemnly depose and state the following:

I am a duly sworn Special Agent of the U.S. Immigration and Customs Enforcement (ICE) assigned to the office of the Assistant Special Agent in Charge (ASAC) - Mobile, Alabama. I have been employed as a federal agent for approximately eleven (11) years. My principal assignment has been to conduct criminal investigations of persons involved in violation of the United States Code relating to Title 8 - Aliens and Nationality.

On March 14, 2007, Alabama State Trooper Steve Norred conducted a vehicle stop on a 2000 Chevrolet truck bearing Alabama registration 57D472M for failure to move over for an emergency vehicle. This occurred on U.S. Highway 431 in Lee County, Alabama. The driver was identified as Jose HERNANDEZ-Vazquez, who gave Trooper Norred an international driver license in his name. The vehicle was occupied by a total of three (3) Hispanic males. Trooper Norred call for the assistance of an ICE trained 287g Trooper.

Alabama State Trooper (287g) Jason Black responded to the scene. At that time another Hispanic male arrived at the scene driving another truck. This individual identified himself as Ulises ORTIZ-Constantino. He claimed that the other three individuals worked for him and that he was the owner of the vehicle they were occupying.

Trooper Black asked ORTIZ-Constantino for identification at which time he was presented with an international driver license bearing the name Ulises ORTIZ-Constantino with the date of birth of December 21, 1969. ORTIZ-Constantino stated that he was the owner of the company where the other three individuals worked. He also stated that he resided in Phenix City, Alabama.

Trooper Black asked ORTIZ-Constantino of what country he is a native and citizen in which he responded a Mexican citizen. Trooper Black then asked ORTIZ-Constantino what was his immigration status. ORTIZ-Constantino failed to give Trooper Black a definitive answer.

1

Trooper Black interviewed the other three individuals and determined that they were natives and citizens of Mexico. He also determined that all three were illegally present in the United States.

Trooper Black conducted records checks through the ICE Law Enforcement Support Center (LESC) for all four individuals. ORTIZ-Constantino was the only person to have a record.

ICE indices revealed that on July 09, 2000, ORTIZ-Constantino was deported from the United States to Mexico at San Ysidro, California. A review of the official file indicated that ORTIZ-Constantino failed to obtain permission from the Attorney General of the United States or the Secretary for the Department of Homeland Security to reenter the United States legally.

Trooper Norred issued the driver, HERNANDEZ-Vazquez, a citation for Failure to Move Over for an Emergency Vehicle and No Driver License. All four individuals were then transported to the ICE office in Montgomery, Alabama for further investigation.

I conducted a search in the ENFORCE/IDENT system using ORTIZ-Constantino's index fingerprints and photo. The search revealed an exact match for Ulises ORTIZ-Constantino (Alien# A78 543 007) who was deported on July 09, 2000 at San Ysidro, California.

On March 14, 2007, I interviewed ORTIZ-Constantino. I gave him his Miranda Warnings in the Spanish language at which time he refused to answer questions and the interview was stopped.

The other three individuals were placed into removal proceedings and detained in ICE custody.

Ulises ORTIZ-Constantino is in violation of, but not limited to, Title 8 U.S.C. 1326(a), reentry of deported alien without the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security. The penalty, upon conviction, for this offense shall be a fine under Title 8, or imprisoned not more than 2 years, or both.

_____
Blake Diamond, Affiant
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn to and subscribed
before me this 15th day
of March, 2007.

_____
United States Magistrate Judge

3