IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:07mj29-WC |
| | ) | |
| ULISES ORTIZ-CONSTANTINO | ) | |

**ORDER ON MOTION**

For good cause,

It is ORDERED that the Government's Motion for Detention Hearing filed March 15, 2007 (Doc #3) is **GRANTED** and that a Detention Hearing and a Preliminary Examination Hearing are hereby set for March 20, 2007 at 10:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

It is further ORDERED that the Clerk shall provide an interpreter for the hearings.

DONE, this 16th day of March, 2007

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE