IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:07mj29-WC |
| | ) | |
| ULISES ORTIZ-CONSTANTINO | ) | |

# **ORDER**

On March 20, 2007, pursuant to Federal Rules of Criminal Procedure 5.1, the court held a preliminary examination and a detention hearing in this case. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense had been committed and that the defendant committed the offense. Accordingly, it is

ORDERED that the defendant be bound over to the grand jury for further action. IT IS FURTHER ORDERED for the reasons states on the record, that the defendant shall remain in custody of the United States Marshal.

DONE this 21st day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE